**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY GRAND JURY 2021**
**AUGUST 10, 2021 SESSION**

**UNITED STATES OF AMERICA**

FILED

AUG 11 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**v.**                                                          CRIMINAL NO. 2:21-00143

                                                               18 U.S.C. § 1366

**RICKY SPROUSE**

**I N D I C T M E N T**
**(Destruction of an Energy Facility)**

The Grand Jury Charges:

From in or around May of 2019, to in or around June of 2019, at or near Boone County and Lincoln County, West Virginia, both within the Southern District of West Virginia, defendant RICKY SPROUSE conspired with other persons, both known and unknown to the Grand Jury, to knowingly and willfully damage and attempt to damage the property of an energy facility, that is, the ERP Fuels Property, also known as the Hobet Coal Mine, and did, in fact, cause in excess of $100,000 worth of damage and caused a significant interruption and impairment to the function of said energy facility.

In violation of Title 18, United States Code, Sections 1366(a).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
Kathleen Robeson
Assistant United States Attorney